UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JAMES D. MCCLELLAND, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | No. 1:03-cv-45 |
| | ) | *Edgar / Inman* |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| *Defendant.* | ) | |

## **O R D E R**

For the reasons expressed in the accompanying memorandum, it is the **ORDER** of this Court that:

(1) Neither party having filed objections to the report and recommendation of the United States Magistrate Judge, [Doc. No. 32] the Court **ACCEPTS AND ADOPTS** the United States Magistrate Judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b); and

(2) The motion of plaintiff's counsel, Rex Wagner, for **$11,733.00** in attorney's fees out of the accrued Social Security disability benefits of plaintiff, James D. McClelland, pursuant to 42 U.S.C. § 406(b) [Doc. No. 28-1] is hereby **GRANTED**.

ENTER this *18th day of May, 2005*.

                                                       */s/ R. Allan Edgar*
                                                      R. ALLAN EDGAR
                                      CHIEF UNITED STATES DISTRICT JUDGE